IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                         Case No 4:19-cr-40023

DANIEL GARRETT                                                                                              DEFENDANT

## ORDER

Before the Court is the Unopposed Motion to Modify Conditions of Release filed herein by the Defendant. ECF No. 27. The Government does not oppose this Motion and indicates it will defer to the United States Probation Office for its recommendation. The United States Probation Office does not object to the proposed modification. The Motion was referred to the undersigned on April 4, 2022. ECF No. 28. No hearing is necessary in this matter.

The Defendant was ordered released on conditions by this Court on December 22, 2022. ECF No. 26. Defendant was ordered to admit himself to Haven Homes, an inpatient substance abuse treatment facility in Texarkana, Texas. Defendant entered Haven Homes and has resided there for three months with no violation of the facility's rules and conditions of residence. He now requests that he be allowed to enter a six-month program at Restoration of Hope, a separate substance abuse treatment facility located in Texarkana, Texas.

As there are no objections from the Government and the United States Probation Office does not oppose, the requested modification should be granted.

**IT IS THEREFORE ORDERED** Defendant's Unopposed Motion to Modify Conditions of Release filed herein by the Defendant (ECF No. 27) is **GRANTED**. The Defendant shall be subject to the following conditions of release:

(1) Except as modified below, all of the conditions of Supervised Release previously imposed shall remain in effect.

(2) Defendant shall immediately upon discharge from the Haven Homes admit himself to the Restoration of Hope an in-patient treatment and counseling facility in Texarkana, Texas. Defendant shall comply with all the rules and conditions of the Restoration of Hope facility.

(3) Defendant shall immediately notify the United States Probation Officer assigned to his case if he is discharged from Restoration of Hope for any reason whatsoever.

(4) **<u>Failure to comply with the Conditions of Supervised release, the rules and procedures of Restoration of Hope or to inform the United States Probation Office of his discharge from Restoration of Hope, as set out above, shall be deemed a violation of Defendant's terms of pre-hearing release and subject him to immediate arrest and detention.</u>**

Defense counsel is directed to provide a copy of this Order setting pre-hearing release conditions to Defendant.

**SO ORDERED** this **5th day of April 2022.**

          /s/ *Barry A. Bryant*
          HON. BARRY A. BRYANT
          U.S. MAGISTRATE JUDGE